No. 97–1484. GOOD NEWS COMMUNICATIONS, INC. v. UNITED STATES PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 97–1486. GULF PARK WATER CO., INC. v. MISSISSIPPI PUBLIC SERVICE COMMISSION. Sup. Ct. Miss. Certiorari denied.

No. 97–1528. DOE ET AL. v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1558. SMITH v. MCBRAYER, MCGINNIS, LESLIE & KIRKLAND ET AL. Ct. App. Ky. Certiorari denied.

No. 97–1561. ARNOLD v. BOATMEN'S TRUST CO. C. A. 8th Cir. Certiorari denied.

No. 97–1580. TENZER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1593. CHAHIL v. GLICKMAN, SECRETARY OF AGRICULTURE. C. A. 4th Cir. Certiorari denied.

No. 97–1595. JOHNSON BROTHERS WHOLESALE LIQUOR CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 97–1596. FERRANTI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1598. NUNEZ GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1605. LARUE ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1607. DIXON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1611. COUSINO v. ELLIOTT, PERSONAL REPRESENTATIVE OF THE ESTATE OF COUSINO, DECEASED, ET AL. Ct. App. Mich. Certiorari denied.

No. 97–7677. WILSON v. ROGERS, WARDEN. C. A. 6th Cir. Certiorari denied.